USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
    UNITED STATES,

                -v-                       1:04-cr-1162-GHW

    CARLOS ECHEVERRY,              ORDER

                    Defendant.
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On August 24, 2020, Carlos Echeverry requested the Court's assistance with a recalculation of his sentence with the Bureau of Prisons (the "BOP"). The Court declines to issue an order to the BOP at this point. The correspondence shared by Mr. Echeverry suggests that the BOP is not yet fully informed regarding the status of Mr. Echeverry's state court proceedings as described to the Court in the status letter dated April 24, 2019. Dkt. No. 91.

The Court is relieving Mr. Echeverry's prior counsel, Mr. Nelson, from his representation of Mr. Echeverry. By separate order, the Court will appoint new CJA counsel for Mr. Echeverry for the limited purpose of assisting him in his continued effort to seek recalculation of his sentence before the BOP. The Court hopes that, with the assistance of counsel, Mr. Echeverry, will be able to provide the BOP the information necessary for the BOP to calculate his time of service. The Court expects that newly appointed counsel will contact Mr. Echeverry to help him resolve this issue.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to terminate Mr. Nelson from the list of active counsel in this case, to terminate the motion pending at Dkt. No. 104, and to mail a copy of this order to Mr. Echeverry.

SO ORDERED.

Dated: November 29, 2020

                                                     GREGORY H. WOODS  
                                                     United States District Judge