**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x
:
UNITED STATES OF AMERICA                  :
:
    -against-                           :     **ORDER**
:
:
CARLOS ECHEVERRY                          :     1:04-cr-1162-GHW-1
:         Docket #
------------------------------------------x

Gregory H. Woods
_____, **DISTRICT JUDGE**:
   Judge's Name

The C.J.A. attorney assigned to receive cases on this day, John M. Burke is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC _____. The scope of the representation is as described in the Court's November 29, 2020 order, Dkt. No. 106.

                       **SO ORDERED**.

                       _/s/ Gregory H. Woods_
                 **UNITED STATES DISTRICT JUDGE**

Dated: December 1, 2020